UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES G. SMITH, et al.,

    Plaintiffs,

v.

STATE FARM GENERAL INSURANCE COMPANY, et al.,

    Defendants.

Case No. 25-cv-08005-WHO

**ORDER REMANDING CASE**

Re: Dkt. Nos. 21, 22

During the parties' December 16, 2025 Case Management Conference, counsel for defendants raised a jurisdictional problem with this case. This matter was originally removed from state court to federal court based on diversity jurisdiction, as defendant State Farm General Insurance Company ("State Farm") is domiciled in Illinois, whereas plaintiffs James Smith, Erin Smith, and the Jefferson Street HOA (the "plaintiffs") are all California residents. However, counsel recently discovered that co-defendant Farmers Insurance Company ("Farmers") is also domiciled in California. *See Phillips v. Boulet*, No. 24-65, 2025 WL 1751998, at *1 (E.D. La. June 25, 2025) (indicating that Farmers is "domiciled . . . [in] California, and a citizen of the State of California with its principal place of business in the State of California"); *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010) (finding corporations to be residents of the State of their "principal place of business").

Under 28 U.S.C. § 1332, district courts have diversity jurisdiction over a case when the dispute is between "citizens of different States." This is a "complete diversity" requirement, meaning that none of the plaintiffs may be from the same State as any of the defendants. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187 (1990). Because plaintiffs and Farmers are both residents of California, complete diversity is destroyed, and I therefore lack subject matter over this dispute.

Accordingly, this case is REMANDED back to the Superior Court of California, County of San Francisco for all further proceedings.

**IT IS SO ORDERED.**

Dated: December 16, 2025



William H. Orrick
United States District Judge